ACCEPTED
01-15-00232-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 11:22:33 AM
CHRISTOPHER PRINE
CLERK

# CAUSE NO. 01-15-00232-CV

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 11:22:33 AM
CHRISTOPHER A. PRINE
Clerk

IN THE FIRST COURT OF APPEALS IN HOUSTON, TEXAS

_____

NATIONWIDE DISTRIBUTION SERVICES, INC.,

Appellant,

v.

ROBERT JONES AND POLY TRUCKING, INC.,

Appellees.

_____

On appeal from the 133rd Judicial District Court of Harris County, Texas

_____

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE, POLY TRUCKING, INC.**

_____

Tracy J. Willi
Texas Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Suite 745, PMB 34
Austin, TX 78749-1983
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

ATTORNEY FOR APPELLEE,
POLY TRUCKING, INC.

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME

Poly Trucking, Inc., Appellee, files this Unopposed Second Motion for Extension of Time to File Brief of Appellee, Poly Trucking, Inc., and would show this Court as follows.

This is an interlocutory appeal of an Order denying a Special Appearance. The Order was signed on February 23, 2015. Nationwide Distributions Services, Inc. (NDS) filed its Notice of Appeal on March 6, 2015.

The Brief of Appellee, Poly Trucking, Inc., is currently due on June 29, 2015. This Court has granted a second extension of time for the Brief of Appellee, Robert Jones, to be filed on July 29, 2015.

Poly Trucking, Inc. requests this extension of time in order to incorporate matters contained in the supplemented record prior to filing the Brief of Appellee, Poly Trucking, Inc., and to maintain the same briefing schedule as Appellee, Robert Jones.

Therefore, Poly Trucking, Inc. requests this Court to extend the deadline to **July 29, 2015**, to file the Brief of Appellee, Poly Trucking, Inc.

Respectfully submitted,


/s/ Tracy J. Willi
Tracy J. Willi
Texas Bar No. 00784633
Willi Law Firm, P.C.
9600 Escarpment Blvd., Ste.745, PMB 34
Austin, TX 78749
Tel. (512) 288-3200
Fax (512) 288-3202
twilli@willi.com

ATTORNEY FOR APPELLEE,
POLY TRUCKING, INC.


## **CERTIFICATE OF CONFERENCE**

I hereby certify that Counsel for Appellant, Nationwide Distribution Services, Inc., and Counsel for Appellee, Robert Jones, are not opposed to this motion.


/s/ Tracy J. Willi
Tracy J. Willi

3

## <u>CERTIFICATE OF FILING AND SERVICE</u>

I hereby certify that this document was filed with Clerk of Court through the Court's electronic filing system and served on opposing counsel by the same manner or, if counsel is not registered for service through the electronic filing system, then by facsimile on June 25, 2015 as follows:

Robert L Ramey
Jack McKinley
Ramey Chandler Quinn & Zito, P.C.
750 Bering Dr., Ste. 600
Houston, TX 77057
Tel. (713) 266-0074
Fax (713) 266-1064

Counsel for Appellant, Nationwide Distribution Services, Inc.

Cory Daniel Itkin
Arnold & Itkin LLP
6009 Memorial Dr.
Houston, TX 77007
Tel. (713) 222-3800
Fax (713) 222-3850

Counsel for Appellee, Robert Jones

Chad Flores
Russell S. Post
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, TX 77010
Tel. (713) 951-3700
Fax (713) 951-3720
cflores@beckredden.com
rpost@beckredden.com

Counsel for Appellee, Robert Jones

Ruark D. Mershon
2000 W. Marshall Dr.
Grand Prairie, TX 75051
Tel. (971) 337-7692
Fax (972) 337-8139

Co-Counsel for Appellee, Poly Trucking, Inc.

/s/ Tracy J. Willi
Tracy J. Willi